UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>   Defendant. | Case No. 16-cv-05254-MEJ<br><br>**ORDER RE: EMERGENCY ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 79 |

FEMA requests the Court stay its December 21, 2017 production deadline to permit the U.S. Department of Justice to seek interim relief and a stay from the Ninth Circuit. *See* Mot., Dkt. No. 79. FEMA cannot represent that it will appeal the Court's order requiring production because the Solicitor General must make that determination, and need not do so until January 29, 2018. *Id.* at 2.

The dispositive motion deadline in *Ecological Rights Foundation v. Federal Emergency Management Agency*, Case Nos. 16-cv-6987 JD, 16-cv-7252 JD, and 17-cv-2788 JD, is January 12, 2018. *See* Opp'n at 2, Dkt. No. 80. Granting FEMA's request for an extension until the Solicitor General determines whether to appeal the Court's Order (Dkt. No. 74) therefore will deprive EcoRights of the opportunity to use the information in a dispositive motion, or to oppose any dispositive motion by FEMA. FEMA makes no representations regarding when it reported the adverse ruling to the Solicitor General, what recommendation it made to the Solicitor General, or why the Solicitor General could not prioritize this case given the impending deadlines. *See* Mot.

The Court accordingly DENIES FEMA's emergency request to stay the production deadline, but will grant it a short continuance in the event it can obtain a response from the

Solicitor General's Office within the week.

The Court's November 30, 2017 order is stayed until December 27, 2017. By close of business that day, FEMA shall either (1) produce all documents that were withheld or redacted pursuant to Exemptions 5 and 6, or (2) represent to Plaintiff that the Solicitor General has decided to pursue an appeal. No later than December 28, 2017, FEMA shall file a declaration indicating it has produced the documents or that the Solicitor General has decided to appeal. If the Solicitor General has decided to appeal, the Court will invite the parties to fully brief the merits of a stay.

**IT IS SO ORDERED.**

Dated: December 20, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge